UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           -v.-<br><br>ELLVA SLAUGHTER,<br><br>                              Defendant. | 21 Cr. 230 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for Defendant's arraignment on the Indictment in this matter and initial conference on **April 23, 2021, at 12:00 p.m.**  The hearing will proceed remotely, and instructions for accessing the hearing will be provided to the parties separately.

SO ORDERED.

Dated:   April 7, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge