UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Cr. 230 (KPF) |
| ELLVA SLAUGHTER, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Due to a scheduling conflict occasioned by recent changes to the Court's calendar, the arraignment and initial conference in this matter scheduled for April 23, 2021, is hereby ADJOURNED to April 30, 2021, at 11:00 a.m. The hearing will proceed remotely, and instructions for accessing the hearing will be provided to the parties separately.

SO ORDERED.

Dated: April 8, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge