UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               -v.-<br><br>ELLVA SLAUGHTER,<br><br>               Defendant. | 21 Cr. 230 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference in this matter scheduled for September 23, 2021 at 3:00 p.m., is ADJOURNED to 4:00 p.m. that same day. The conference will take place by video conference, with public audio access as follows: Dial-in (917) 933-2166; access code 233167170.

SO ORDERED.

Dated: September 15, 2021
        New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge