**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 18, 2021

By ECF
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   **United States v. Ellva Slaughter**
      **21 Cr. 230 (KPF)**

Dear Judge Failla,

    I write to respectfully request that the Court extend the motions schedule this case so that defense motions are due November 1; government response due November 29; and defense reply due December 6.  The requested adjustments to the motions schedule should not impact the scheduled hearing date of December 20, 2021.

    The attorneys for both parties in this case are actively preparing for a trial that begins on October 25, 2021 before the Honorable Denise L. Cote.  As such, defense counsel requests this additional time to prepare the motions in the instant case.  The Government, by Assistant United States Attorney Matthew Weinberg, consents to this application.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Slaughter

```
Application GRANTED.  The Clerk of Court is directed to
terminate the pending motion at docket number 25.

Dated:    October 18, 2021           SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

1   HON. KATHERINE POLK FAILLA
    UNITED STATES DISTRICT JUDGE