UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>ELLVA SLAUGHTER,<br><br>                              Defendant. | 21 Cr. 230 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for December 20, 2021, is hereby ADJOURNED to January 10, 2022, at 10:00 a.m.  It is further ORDERED that time is excluded under the Speedy Trial Act between December 20, 2021, and January 10, 2022.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery and allow the parties to present all necessary witnesses at the suppression hearing.

SO ORDERED.

Dated:   December 20, 2021
             New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge