UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ELLVA SLAUGHTER,

Defendant.

21 Cr. 230 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for January 10, 2022, is hereby ADJOURNED to February 1, 2022, at 10:00 a.m.  It is further ORDERED that time is excluded under the Speedy Trial Act between January 10, 2022, and February 1, 2022.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery and allow the parties to present all necessary witnesses at the suppression hearing.

SO ORDERED.

Dated:   January 10, 2022
         New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge