

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 7, 2022

By ECF
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**Re:** **United States v. Ellva Slaughter**
   **21 Cr. 230 (KPF)**

Dear Judge Failla,

    I write to respectfully request that the Court extend the deadline for the parties' post-hearing letters to Thursday, February 10, 2022 (from Tuesday, February 8). The parties are actively drafting our submissions, but both parties would benefit from a little extra time. I have spoken to Assistant United States Attorney Matthew Weinberg and he joins in this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Slaughter

```
Application GRANTED.  The parties' submissions shall be due on
or before February 10, 2022.  The Clerk of Court is directed to
terminate the pending motion at docket number 39.

Dated:      February 7, 2022          SO ORDERED.
            New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE