**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 10, 2022

By ECF and Email
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



MEMO ENDORSED

**Re:** **United States v. Ellva Slaughter**
**21 Cr. 230 (KPF)**

Dear Judge Failla,

    I write to respectfully request that the Court adjourn the status conference currently scheduled for Wednesday, July 13, 2022 for approximately 1 week. The Government, by Assistant United States Attorney Matthew Weinberg, consents to this application. We understand the parties and the Court are available on July 21, 2022 at 2:00 p.m.

    The parties are negotiating the terms of a trial on stipulated facts for the Court's review. We hope to have the proposal to the Court in the next few days. Thus, the additional week will enable the Court to review the parties' submission in advance of the newly-scheduled conference.

    In addition, undersigned counsel has a scheduling conflict that just emerged for this Wednesday, which is another reason I am requesting the instant adjournment.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Slaughter

Application GRANTED. The pretrial conference scheduled for July 13, 2022, is hereby ADJOURNED to July 21, 2022, at 2:00 p.m. It is further ORDERED that time is excluded under the Speedy Trial Act between July 11, 2022, and July 21, 2022. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery and prepare any pretrial motions. The Clerk of Court is directed to terminate the pending motion at docket number 53.

Dated:   July 11, 2022                SO ORDERED.
         New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE