UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 21 Cr. 230 (KPF) |
| ELLVA SLAUGHTER, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Due to a scheduling conflict, the sentencing scheduled for November 17, 2022, is hereby ADJOURNED to **December 8, 2022, at 3:30 p.m.**

SO ORDERED.

Dated:   October 17, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge